**Order entered November 10, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00284-CR

### LARRY TADUEEN BELLO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 6
### Dallas County, Texas
### Trial Court Cause No. F12-51038-X

## ORDER

The Court **REINSTATES** the appeal.

On October 23, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On November 7, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the October 23, 2014 order requiring findings.

We **GRANT** the November 7, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     ADA BROWN
          JUSTICE